# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GARY RHINES,
    Petitioner

v.

DAVID J. EBBERT, Warden,
    Respondent

CIVIL ACTION NO. 3:12-CV-2275

(Judge Nealon)

## ORDER

**NOW**, THIS 10th DAY OF OCTOBER, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is construed under 28 U.S.C. § 2255 and is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealability.

United States District Judge

FILED
SCRANTON

OCT 10 2013